IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  25-CR-20438-GAYLES/SHAW-WILDER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELVIS ALFONSO,

    Defendant.

_____/

**NOTICE OF PERMANENT APPERANCE**

The undersigned attorney, JOSE-CARLOS VILLANUEVA, ESQ., files this Notice of Permanent Appearance on behalf of the Defendant, ELVIS ALFONSO, for trial and all proceedings in the District Court, and respectfully requests that all notices of Court hearings and pleadings be served upon undersigned counsel.

    Respectfully submitted,

/s/ Jose-Carlos Villanueva.         /

JOSE-CARLOS VILLANUEVA, ESQ.
Fla. Bar No. 0034658
2332 Galiano Street, Second Floor
Coral Gables, Florida. 33134
Telephone:	(305) 496-5400
Facsimile:	(305) 357-3887
Email:		jcv@jcvpa.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Temporary Notice of Appearance has been electronically filed this 3rd day of February 2026, with the Clerk of the Court through CM/ECF.

/s/ Jose-Carlos Villanueva          /
JOSE-CARLOS VILLANUEVA, ESQ.