AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   26-MJ-26-M |
| | ) |
| Elvis Alfonso | ) Charging District's |
| _____ | ) Case No.   25-CR-20438-005 |
| *Defendant* | ) |

**FILED BY** _____ **BM** _____ **D.C.**

**Feb 4, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ____Southern____ District of ____Florida____ ,
*(if applicable)* _____ division.  The defendant may need an interpreter for this language:
____Spanish interpreter needed____ .

The defendant:  ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   ____2/4/2026____

____s/Bert W. Milling, Jr.____
*Judge's signature*

____Bert W. Milling, Jr., U.S. Magistrate Judge____
*Printed name and title*

**Print**          **Save As...**          **Reset**

Certified to be a true and correct copy of the original.
Christopher Ekman
U.S. District Court
Southern District of Alabama
By: *Cathe Jennings*
Deputy Clerk
Date: ____February 04, 2026____

AO 466A (Rev. 01/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Alabama

FILED IN OPEN COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 26-MJ-26-M |
| ELVIS ~~@~~ ALFONSO | ) | |
| *Defendant* | ) | Charging District's Case No. |
| | ) | 25-CR-20438-005 |

FEB 0 4 2026
CHRISTOPHER EKMAN
CLERK

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* SDFL

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑    an identity hearing and production of the warrant.

☐    a preliminary hearing.  NOT IN SDAL - RESERVE ALL AVAILABLE

☐    a detention hearing.  WAIVE TO SDFL    RIGHTS FOR SDFL

☐    an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 2/4/2026

_____
*Defendant's signature*

Sondra Dun
*Signature of defendant's attorney*

Sondra Dempsey
*Printed name of defendant's attorney*

Certified to be a true and correct copy of the original.
Christopher Ekman
U.S. District Court
Southern District of Alabama
By: Cathi Jennings
Deputy Clerk
Date: February 04, 2026

# U.S. District Court
## SOUTHERN DISTRICT OF ALABAMA (Mobile)
## CRIMINAL DOCKET FOR CASE #: 1:26-mj-00026-M-1
### Internal Use Only

Case title: USA v. Alfonso

Date Filed: 02/02/2026

Assigned to: Magistrate Judge Bert W. Milling, Jr

**Defendant (1)**

**Elvis Alfonso**

represented by **Sondra Annette Dempsey**
Dempsey Law Firm, LLC
PO Box 1408
Mobile, AL 36633
251-279-0123
Email: sondradempseylaw@gmail.com
Email: sondradempseylaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*
*Bar Status: Active*

Certified to be a true and correct copy of the original.
Christopher Ekman
U.S. District Court
Southern District of Alabama
By: Cathe Jennings
Deputy Clerk
Date: February 04, 2026

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

None

**Plaintiff**

**USA**                                    represented by   **Michael D. Anderson**
                                                           U.S. Attorney's Office
                                                           63 S. Royal St., Rm. 600
                                                           Mobile, AL 36602
                                                           (251) 441-5845
                                                           Email: mike.d.anderson@usdoj.gov
                                                           Email: mike.d.anderson@usdoj.gov
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: Assistant U.S. Attorney*
                                                           *Bar Status: Federal Government*

                                                           **Katherine Chappelear**
                                                           U.S. Attorney's Office
                                                           63 S. Royal St., Rm. 600
                                                           Mobile, AL 36602
                                                           334-441-5845
                                                           Email: Kacey.Chappelear@usdoj.gov
                                                           Email: Kacey.Chappelear@usdoj.gov
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: Federal Government*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2026 | | Set Hearing as to Elvis Alfonso: Initial Appearance - Rule 5(c)(3) set for 2/4/2026 10:30 AM in US Courthouse, Courtroom 5A, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Bert W. Milling Jr. The U. S. Marshal is DIRECTED to produce defendant for the hearing. (cmj) (Entered: 02/02/2026) |
| 02/02/2026 | 1 | Docs received from Southern District of Florida (Attachments: # 1 warrant) (cmj) (Entered: 02/02/2026) |
| 02/02/2026 | 2 | MOTION to Detain by USA as to Elvis Alfonso. (Chappelear, Katherine) (Entered: 02/02/2026) |
| 02/04/2026 | | Minute Entry for proceedings held before Magistrate Judge Bert W. Milling, Jr.Initial Appearance in Rule 5(c)(3) Proceedings as to Elvis Alfonso held on 2/4/2026. Defendant's ability to hire counsel discussed |

| | | | |
|---|---|---|---|
| | | | orally. Appointment of Sondra Dempsey for Elvis Alfonso. Waiver of Rule 5 hearin filed. Defendant ORDERED DETAINED pending transfer to Southern District of Florida. Interpreter: Laura Garcia-Hein, District of Nebraska. DCR Digital Audio Recording. (cmj) (Entered: 02/04/2026) |
| 02/04/2026 | 🔒 | 3 | CJA 23 Financial Affidavit by Elvis Alfonso (Spanish and English version) (cmj) (Entered: 02/04/2026) |
| 02/04/2026 | | 4 | CJA 20 as to Elvis Alfonso: Appointment of Attorney Sondra Annette Dempsey for Elvis Alfonso. The link below is the CJA-19 Notice to Court-Appointed Counsel of Public Disclosure of Attorney Fee Information. **CJA 19 Notice of Public Disclosure** Nunc Pro Tunc date: 2/2/2026.. Signed by Magistrate Judge Bert W. Milling, Jr on 2/4/2026. (cmj) (Entered: 02/04/2026) |
| 02/04/2026 | | 5 | WAIVER of Rule 5(c)(3) Hearing by Elvis Alfonso (cmj) (Entered: 02/04/2026) |
| 02/04/2026 | 🔒 | 6 | (Court only) 🔊 RESTRICTED AUDIO FILE (1.2 MB) as to defendant Elvis Alfonso regarding Initial Appearance - Rule 5(c)(3), held on 2/4/2026 10:47 before Magistrate Judge Bert W. Milling, Jr.. 00:14:00.(cmj) (Entered: 02/04/2026) |
| 02/04/2026 | | 7 | COMMITMENT TO ANOTHER DISTRICT as to Elvis Alfonso. Defendant committed to District of Southern District of Florida.. Signed by Magistrate Judge Bert W. Milling, Jr on 4/2/2026. (cmj) (Entered: 02/04/2026) |
| 02/04/2026 | 🔒 | | (Court only) ***Staff Notes as to Elvis Alfonso: documents and docket sheet emailed to Southern District of Florida (cmj) (Entered: 02/04/2026) |