# MINUTE ORDER

Page 1

## Magistrate Judge Marty F. Elfenbein

**Atkins Building Courthouse - 5th Floor**  Date: 3/3/26   Time: 2:00 p.m.

| | |
|---|---|
| Defendant: Elvis Alfonso | J#: 38552-512   Case #: 25-CR-20438-GAYLES |
| AUSA: Daya Nathan | Attorney: Jose-Carlos Villanueva, Esq. (PERM) |
| Violation: Conspiracy to Distribute and PWID a Controlled Substance. | Surr/Arrest Date: 3/2/26   YOB: 1986 |
| Proceeding: Initial Appearance | CJA Appt: |
| Bond/PTD Held: ☐ Yes ☐ No | Recommended Bond: |
| Bond Set at: $75K CSB w/nebbia & $100K PSB w/co-signers | Co-signed by: |

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] No contact with co-defendants, except through counsel
- [ ] No firearms
- [x] Not to encumber property
- [ ] May not visit transportation establishments
- [x] **Stand Alone /GPS Monitoring** and/or Curfew ____ pm to ____ am, paid by Defendant
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: **Thru out U.S. for work purposes only w/prior notice to pts officer**
- [x] Other: **Defendant may continue to work as a truck driver**

Language: Spanish

**Disposition:**
Defendant advised of rights and charges.
Defense counsel filed a permanent notice of appearance see ECF No. 162.
The parties stipulated to two bonds $75K CSB w/nebbia & 100K PSB to be co-signed by Mariana Seise, Leydiliana Benos and Joaquin Padron-Oliva.
Bond paperwork due by 3/4/26 close of business and nebbia due by 3/5/26 close of business.

**Brady Order Given**

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: 
PTD/Bond Hearing: 
Prelim/**Arraign** or Removal: **3/5/26**   **10am**   **Duty**   **Miami**
Status Conference RE: 
D.A.R. **15:23:20**   Time in Court: **30 mins**

s/Marty F. Elfenbein   Magistrate Judge