UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-CR-20438(s)-GAYLES/SHAW-WILDER

UNITED STATES OF AMERICA

v.

ELVIS ALFONSO,

      **Defendant.**
_____/

## NOTICE REGARDING SATISFACTION OF NEBBIA REQUIREMENT OF BOND

The United States of America, by and through the undersigned attorney, files this Notice stating that the *Nebbia* requirement of bond has been satisfied. The United States has received satisfactory documentary evidence regarding the source of the funds securing the bond.

Respectfully Submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    */s/ Daya Nathan*
      Daya Nathan
      Assistant United States Attorney
      Florida Bar No. 74392
      United States Attorney's Office
      99 NE 4th Street, 8th Floor
      Miami, FL 33132
      Tel.: 305-961-9147
      Email: daya.nathan@usdoj.gov