# COURT MINUTES

## Magistrate Judge Marty F. Elfenbein

**Atkins Building Courthouse - 5th Floor**   Date: 3/5/26   Time: 10:00 a.m.

| | |
|---|---|
| Defendant: Elvis Alfonso | J#: BOND    Case #: 25-CR-20438-GAYLES |
| AUSA: Christian Harris | Attorney: Jose-Carlos Villanueva -PERM |
| Violation: Conspiracy to Distribute and PWID a Controlled Substance | |
| Proceeding: Arraignment | CJA Appt: |
| Bond/PTD Held: ☐ Yes ☐ No | Recommended Bond: |
| Bond Set at: $75K CSB w/nebbia & $100K w/co-signers | Co-signed by: |

☐ Surrender and/or do not obtain passports/travel docs

Language: Spanish

☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services ____
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: ____

☐ Other: ____

**Disposition:**

*BRADY ORDER GIVEN 3/3/26

**Defendant Arraigned**

**Defendant's ore tenus motion for entry of the SDO -GRANTED-.**

All further proceedings before Judge Gayles.

Time from today to ____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: ____
PTD/Bond Hearing: ____
Prelim/Arraign or Removal: ____
Status Conference RE: ____

D.A.R. **10:26:20**   Time in Court: **3 mins**