UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20438-GAYLES(s)

UNITED STATES OF AMERICA

v.

ELVIS ALFONSO,

Defendant.

_____/

## STIPULATED FACTUAL PROFFER

The United States of America, ELVIS ALFONSO (ALFONSO or "Defendant"), and his undersigned counsel agree that, had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

Beginning at least as early as September 2024, and continuing through September 16, 2025, in Miami-Dade County, in the Southern District of Florida, Defendant did knowingly and willfully combine, conspire, confederate, and agree with others to distribute and possess with intent to distribute more than fifteen (15) but less than fifty (50) kilograms of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) and 846.

Using investigatory techniques, including federally authorized wiretaps from May 16, 2025 through September 16, 2025, physical surveillance, and search warrants, the Drug Enforcement Administration and other law enforcement agencies established that, between at least September 2024 and September 2025, ALFONSO conspired with co-defendant Reinaldo Fernandez, among other indicted and unindicted co-conspirators, to distribute and possess with the intent to distribute kilogram quantities of cocaine on various dates. More specifically, ALFONSO was a truck driver who transported cocaine and money for Fernandez and other

narcotics traffickers, including for members of a Mexican drug cartel.  ALFONSO met members of the Mexican drug cartel in California and subsequently worked with them directly.  ALFONSO agrees that, during the course of the conspiracy, he obtained over $50,000 in proceeds from narcotics trafficking that have not been seized by law enforcement, and he transported more than fifteen (15) kilograms of cocaine.

On January 31, 2025, Fernandez provided ALFONSO with approximately $100,020 in U.S. currency to transport to Mexico as payment for cocaine.  On that day, law enforcement surveilled Fernandez and ALFONSO in Miami, Florida, and observed Fernandez transfer a box, later determined to contain the $100,020 in U.S. currency, to ALFONSO.  ALFONSO placed the box in the trunk of a Toyota and later transferred the box to the cab of his semi-truck.  Law enforcement subsequently searched the semi-truck, which was being driven by ALFONSO, in Miami, Florida, and seized from the cab of the semi-truck two vacuum sealed bags of U.S. currency, totaling $100,020.  ALFONSO was driving a Truck/Tractor, 2017 Kenworth, VIN 1XKYD49X7HJ129040, with an attached Trailer, 2006 Utility Trailer Corp., VIN 1UYVS25326G938128; the Truck/Tractor and Trailer were used to facilitate narcotics trafficking in January 2025 and on other dates.

After the January 31, 2025 seizure, ALFONSO called Fernandez to notify him of the seizure.

[Remainder of Page Left Intentionally Blank]

The United States and the Defendant agree that these facts, which do not include all of the facts known to the United States and to the Defendant, are sufficient to prove beyond a reasonable doubt the Defendant's guilt as to the crime of Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 846.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 4/9/26          By: _____
DAYA NATHAN
ASSISTANT UNITED STATES ATTORNEY

Date: 4-7-26          By: _____
JOSE-CARLOS VILLANUEVA
ATTORNEY FOR DEFENDANT

Date: 4/7/2026        By: _____
ELVIS ALFONSO
DEFENDANT