**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20438-CR-DPG**

**UNITED STATES OF AMERICA,**

**vs.**

**ELVIS ALFONSO,**

**Defendant.**
**______________________________/**

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2), "ZERO POINT OFFENDERS"**

Defendant Elvis Alfonso ("Defendant" or "Alfonso") seeks relief he has already been given. He alleges he is entitled to a sentence reduction pursuant to the so-called "zero point" offender Amendment 821 (DE 350). However, as he was sentenced *after* the effective date of Amendment 821, his Presentence Investigation Report ("PSI") already accounted for the two-level reduction he now complains he didn't receive. Consequently, his motion should be summarily dismissed.

## I. ARGUMENT

Defendant's base offense level for violating 21 U.S.C. § 846 was 32 (PSI ¶ 47). The PSI deducted two-points for safety valve, and an additional two-points pursuant to the "Zero-Point Offender" guideline, §§4C1.1(a)(1)-(11) (PSI ¶53). And finally, Defendant received three-points off for acceptance of responsibility, yielding a total offense level of 25 (PSI ¶ 56). A total offense level of 25 with a criminal history category of I yielded a guidelines range of

57 to 71 months (PSI ¶ 96). The Court sentenced Defendant within the guidelines range to 64 months (DE 330).

## II. CONCLUSION

Because Defendant already received the benefit of the "Zero-Point Offender" amendment, his motion must be denied.

Respectfully submitted,

YARA LORENZO KLUKAS
ACTING UNITED STATES ATTORNEY

By: *s/Alicia E. Shick*
Alicia E. Shick
Assistant United States Attorney
Florida Bar No. 0124842
500 E Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 660-5793
Email: Alicia.Shick@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and delivered the documents by United States Mail to:

Elvis Alfonso
Register No. 38552-512
FCI-OAKDALE LOW II
Federal Correctional Institution
P.O. Box 5010
Oakdale, LA 71463

By: *s/Alicia E. Shick*
Alicia E. Shick
Assistant United States Attorney